IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
        PELVIC REPAIR SYSTEM
        PRODUCTS LIABILITY LITIGATION          MDL No. 2327

THIS DOCUMENT RELATES TO:

*Lupson v. Ethicon, Inc., et al.*                    Civil Action No. 2:14-cv-12995

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order of this date, the court **ORDERS** that this case be **DISMISSED with prejudice** and **STRICKEN** from the docket of this court.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented party.

ENTER: November 10, 2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

1